**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Daniel D. Domenico**

Civil Action No. 1:19-cv-02992-DDD-KLM

ONYX ENTERPRISES INT'L, CORP.,

    Plaintiff,

v.

SLOAN INTERNATIONAL HOLDINGS CORP.; and
JONATHAN SLOAN,

    Defendants.

---

## ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION AND DISMISSING CASE

---

Before the Court is the recommendation [Doc. 51] of United States Magistrate Kristen L. Mix as to the disposition of several pending motions, in which she recommends that the Court dismiss this case without prejudice for lack of personal jurisdiction over the defendants. The recommendation states that the parties may file objections to it within fourteen days after being served with a copy. [Doc. 51 at 17-18 (citing Fed. R. Civ. P. 72).] The recommendation was served on March 30, 2020, and no party has objected to it.

In the absence of a timely objection, the Court may review a magistrate judge's recommendation under any standard it deems appropriate. *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150, 154 (1985)). In this matter, the Court has reviewed the recommendation to satisfy itself that there is "no clear error on the face of the record." Fed. R. Civ. P. 72(b) Advisory Committee

Notes. Based on that review, the Court has concluded that the recommendation is a correct application of the facts and the law.

Accordingly, it is ORDERED that:

The Order and Recommendation of United States Magistrate Judge [Doc. 51] is ACCEPTED and ADOPTED;

Plaintiff's Motion to Strike Defendants' Motion to Dismiss and/or Motion to Transfer as to Sloan International Holdings Corp. [Doc. 11] is GRANTED. Defendants' Motion to Dismiss [Doc. 7] is adjudicated only as to Defendant Jonathan Sloan;

Defendants' Motion to Dismiss Plaintiff's Complaint and/or Motion to Transfer Venue Under 28 U.S.C. § 1404 [Doc. 7] is GRANTED with respect to Plaintiff's claims against Defendant Jonathan Sloan, which are DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction;

Plaintiff's Motion for Default Judgment and Permanent Injunction Against Defendant Sloan International Holdings Corp. [Doc. 36] is DENIED. Plaintiff's claims against Defendant Sloan International Holdings Corp. are DISMISSED WITHOUT PREJUDICE for lack of personal jurisdiction;

Defendant Jonathan Sloan's Motion Requesting Appointment of Counsel for Defendant Sloan International Holdings Corp. [Doc. 42] is no longer referred to Magistrate Judge Kristin L. Mix, and is DENIED AS MOOT; and

- 3 -

The Clerk of Court is directed to close this case.

DATED: April 23, 2020

BY THE COURT:

_____
Hon. Daniel D. Domenico